# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 20, 2014

## NO. 03-12-00583-CV

**Kevin Bierwirth, Appellant**

**v.**

**BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP, Appellee**

**APPEAL FROM 277TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED -- OPINION BY JUSTICE ROSE**

This is an appeal from the order signed by the district court on June 29, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's order. Therefore, the Court affirms the district court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.